OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 787

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015

8/19/2015
**BEASLEY, ELIJAH CLAYTON** Tr. Ct. No. 13-03-02517-CR(1)    WR-83,700-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

PATRICIA MAGINNIS
MAGINNIS PULLAN & YOUNG
333 SIMONTON STREET
CONROE, TX 77301

U TF